IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| **JOAN DOE, Individually and** § | | |
| **as natural mother and next friend of** § | | |
| **her minor daughter, JANE DOE** § | | |
| § | | |
| **Plaintiffs** § | | |
| § | | |
| V. § | Civil Action No. 4:06-CV-04030-JLH | |
| § | Jury Trial | |
| **MILLER COUNTY, ARKANSAS; County** § | | |
| **Judge, ROY J. MCNATT, Justices of the** § | | |
| **Peace, BOBBY FERGUSON, JOE** § | | |
| **GILLENWATER, WILLIAM GREEN,** § | | |
| **JOHN D. HALTOM, JIMMY HARDIN,** § | | |
| **JIMMY HICKEY, HAZE HUDSON,** § | | |
| **FLOYD DEAN LANGDON, THORNTON** § | | |
| **MITCHELL, ERNEST PENDER** § | | |
| **AND LOIS TOOMBS; JOANN SMITH,** § | | |
| **Administrator of the Lantz Lurry Juvenile** § | | |
| **Detention Center; VERSIA MILES,** § | | |
| **Correction Officer, in their individual** § | | |
| **and official capacities** § | | |
| § | | |
| **Defendants** § | | |

### PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE
### FIRST AMENDED ORIGINAL COMPLAINT

TO THE HONORABLE COURT:

      Plaintiff, Joan Doe Individually and as natural mother and next friend of her minor daughter, Jane Doe, seeks leave of Court to amend her Original Complaint, and in support would show as follows:

      (1)    Plaintiff received the Defendants' Responses to Requests for Production of Documents on August 21, 2006. Having reviewed the production documents, Plaintiff seeks to amend her Original Complaint to add fact allegations and legal assertions.

      (2)    Counsel for the parties have conferred and the Defendants do not oppose this

amendment.

(3)     A copy of the proposed First Amended Original Complaint is attached hereto as Exhibit "A".

(4)     Rule 15(a) of the Federal Rules of Civil Procedure permits the filing of an amended complaint by written consent of the adverse party and leave shall be freely given when justice so requires.

WHEREFORE, PREMISES CONSIDERED, the Plaintiff, Joan Doe Individually and as natural mother and next friend of her minor daughter, Jane Doe, seeks leave of Court to file her First Amended Original Complaint.

                Respectfully submitted,

By:     /s/ Robert W. Weber
       Robert W. Weber - *Lead Attorney*
       Arkansas State Bar No. 81227

       SMITH WEBER, L.L.P.
       5604 Summerhill Road, Suite 3
       P.O. Box 6167
       Texarkana, TX  75505-6167
       Telephone:     903-223-5656
       Facsimile:     903-223-5652
       E-mail:     bweber@smithweber.com

       **ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

      I hereby certify that on the 24th day of August, 2006, a true and correct copy of the above and foregoing was served by electronic service to:

C. Burt Newell
Arkansas Public Entities Risk Management Association
211 Hobson Avenue
P.O. Box 1558
Hot Springs National Park, AR   71902-1558


                                                /s/ Robert W. Weber
                                                Robert W. Weber