IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| **JOAN DOE, Individually and** § <br> **as natural mother and next friend of** § <br> **her minor daughter, JANE DOE** § <br> § <br> **Plaintiffs** § <br> § <br> V. § <br> § <br> **MILLER COUNTY, ARKANSAS; County** § <br> **Judge, ROY J. MCNATT, Justices of the** § <br> **Peace, BOBBY FERGUSON, JOE** § <br> **GILLENWATER, WILLIAM GREEN,** § <br> **JOHN D. HALTOM, JIMMY HARDIN,** § <br> **JIMMY HICKEY, HAZE HUDSON,** § <br> **FLOYD DEAN LANGDON, THORNTON** § <br> **MITCHELL, ERNEST PENDER** § <br> **AND LOIS TOOMBS; JOANN SMITH,** § <br> **Administrator of the Lantz Lurry Juvenile** § <br> **Detention Center; VERSIA MILES,** § <br> **Correction Officer, in their individual** § <br> **and official capacities** § <br> § <br> **Defendants** § | | **Civil Action No. 4:06-CV-04030-JLH** <br> **Jury Trial** |

**ORDER GRANTING LEAVE TO FILE PLAINTIFF'S**
**FIRST AMENDED ORIGINAL COMPLAINT**

The Court has reviewed the Plaintiff's Motion for Leave to File her First Amended Original Complaint (Docket Entry #____).  This Motion is unopposed by the Defendants.

IT IS THEREFORE, ORDERED that leave be GRANTED permitting Plaintiff to file her First Amended Original Complaint.

SIGNED this _____ day of _____, 2006.

_____
U.S. DISTRICT JUDGE PRESIDING