IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| JOAN DOE, Individually and as natural mother and next friend of her minor daughter, JANE DOE § § § § **Plaintiffs** § § V. § § MILLER COUNTY, ARKANSAS; County § Judge, ROY J. MCNATT, Justices of the § Peace, BOBBY FERGUSON, JOE § GILLENWATER, WILLIAM GREEN, § JOHN D. HALTOM, JIMMY HARDIN, § JIMMY HICKEY, HAZE HUDSON, § FLOYD DEAN LANGDON, THORNTON § MITCHELL, ERNEST PENDER § AND LOIS TOOMBS; JOANN SMITH, § Administrator of the Lantz Lurry Juvenile § Detention Center; VERSIA MILES, § Correction Officer, in their individual § and official capacities § § **Defendants** § | | Civil Action No. 4:06-CV-04030-JLH Jury Trial (REDACTED) |

## ORDER OF DISMISSAL

On this day came on to be heard Plaintiff's Motion to Dismiss all claims herein with prejudice and the Court being well and sufficiently advised in the premises finds that the parties have entered into a full and complete settlement of all claims herein and that the Order Approving Settlement with Minor Child and Compromise Settlement Agreement entered by the Probate Court of Miller County, Arkansas, on February 5, 2007, be filed under seal. The Court finds that Plaintiff's Motion to Dismiss this cause should be granted.

It is THEREFORE, ORDERED, that the Plaintiff's Motion to Dismiss be, in all things, GRANTED and that this action is dismissed with prejudice.

It is FURTHER ORDERED that the U.S. District Clerk is hereby instructed to FILE UNDER SEAL the Order Approving Settlement with Minor Child and Compromise Settlement Agreement entered by the Probate Court of Miller County, Arkansas, on February 5, 2007 (Exhibit "A" to Plaintiff's Motion to Dismiss).

SIGNED this 9th day of February, 2007.

/s/Jimm Larry Hendren
JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE